| | |
|---|---|
| 1 | RUSSELL G. PETTI, Bar No. 137160 |
| | THE LAW OFFICES OF RUSSELL G. PETTI |
| 2 | 466 Foothill Boulevard, #389 |
| | La Canada, CA 91011 |
| 3 | Telephone:    818.952.2168 |
| | Rpetti@petti-legal.com |
| 4 | Attorneys for Plaintiff |
| | BRIAN HAGERTY |

KENNETH R. O'BRIEN, Bar No. 072128
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:    916.830.7200
Kobrien@littler.com

Attorneys for Defendant
AMERICAN AIRLINES LONG TERM DISABILITY PLAN FOR FLIGHT ATTENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRIAN HAGERTY, | Case No.  CV 09 3299 JCS |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING THE TIME FOR AMERICAN AIRLINES LONG TERM DISABILITY PLAN FOR FLIGHT ATTENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| AMERICAN AIRLINES LONG TERM DISABILITY PLAN, | |
| Defendant. | **[LOCAL RULE 6-1(A)]** |

Pursuant to Local Rule 6-1(a), Plaintiff BRIAN HAGERTY ("Plaintiff") and Defendant AMERICAN AIRLINES LONG TERM DISABILITY PLAN FOR FLIGHT ATTENDANTS ("Defendant") stipulate that time within which Defendant may answer or otherwise respond to the complaint shall be extended up through and including September 3, 2009.

(NO.  CV 09 3299 JCS)
FIRMWIDE:91579413.1 009001.1314

Stipulation Extending Time for American Airlines' Long Term Disability Plan for Flight Attendants to Respond to Plaintiff's Complaint

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

| | |
|---|---|
| 1 | Dated: August 17, 2009 |
| 2 | |
| 3 | /s/ |
| 4 | RUSSELL G. PETTI<br>THE LAW OFFICES OF RUSSELL G. PETTI |
| 5 | Attorneys for Plaintiff<br>BRIAN HAGERTY |
| 6 | Dated: August 17, 2009 |
| 7 | |
| 8 | /s/ |
| 9 | KENNETH R. O'BRIEN<br>LITTLER MENDELSON |
| 10 | A Professional Corporation<br>Attorneys for Defendant |
| 11 | AMERICAN AIRLINES LONG TERM<br>DISABILITY PLAN |
| 14 | Dated: Aug. 18, 2009 |

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

(NO. CV 09 3299 JCS)
FIRMWIDE:91579413.1 009001.1314

2.

Stipulation Extending Time for American Airlines'
Long Term Disability Plan for Flight Attendants to
Respond to Plaintiff's Complaint