1

2

3

4

5

RUSSELL G. PETTI, State Bar No. 137160
THE LAW OFFICES OF RUSSELL G. PETTI
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168Telephone
818 952-2186 Facsimile
Email: Rpetti@petti-legal.com

6  Attorneys for Plaintiff Brian Hagerty

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  BRIAN HAGERTY,                    )   CASE NO: CV 09-3299 VRW
                                      )
13            Plaintiff,              )   [MATTER REFERRED TO
                                      )   MAGISTRATE JUDGE BERNARD
14                                    )   ZIMMERMAN FOR REPORT AND
                                      )   RECOMMENDATION]
15        VS.                         )
                                      )   STIPULATION FOR TELEPHONIC
                                      )   APPEARANCE AT STATUS
16  AMERICAN AIRLINES LONG TERM)          CONFERENCE; [PROPOSED]
    DISABILITY PLAN,                  )   ORDER
17                                    )
              Defendant.              )   Date:     January 11, 2010
18                                    )   Time:     4:00 p.m.
                                      )   Place:    Courtroom of the
19                                    )             Honorable Bernard
                                      )             Zimmerman, United
20  _____  )             States Magistrate Judge

21

22        Plaintiff, Brian Hagerty ("Plaintiff"), and Defendant American Airlines Long

23  Term Disability Plan ("Defendant"), through their respective counsel of record,

24  hereby stipulate as follows:

25        1.    This Court has set a status conference for January 11, 2010 at 4:00 p.m.;

26        2.    Counsel for Plaintiff has his office in Los Angeles County. Counsel for

27  Defendant has his office in Sacramento, California;

28  ///

                                        1

        **STIPULATION FOR TELEPHONIC APPEARANCE; Case No. CV 09-3299 JRW**

1    3.    Counsel for both parties personally attended the initial status conference in

2 this matter, which was held on November 12, 2009;

3    4.    As such, counsel for both Plaintiff and Defendant respectfully request that

4 they not be required to attend a second status conference at some distance from their

5 offices, and that they be permitted to make telephonic appearances at the status

6 conference.

7 DATED: January 6, 2010                          DATED: January 6, 2010

8

9 Law Offices of Russell G. Petti               Littler Mendelson
                                                A Professional Corporation
10

11

                    /S/                                          /S/
12 BY_____        BY_____
            RUSSELL G. PETTI                       KENNETH R. O'BRIEN
13      ATTORNEY FOR PLAINTIFF              ATTORNEY FOR DEFENDANT
            BRIAN HAGERTY                    AMERICAN AIRLINES LONG
14                                             TERM DISABILITY PLAN

15                              **ORDER**

16    BASED ON THE STIPULATION OF THE PARTIES and f~~or Good Cause~~
            reluctantly
17 ~~shown~~, it is ~~hereby~~ ORDERED that counsel for the parties may telephonically attend

18 the status conference which is set in this case for January 11, 2010 at 4:00 p.m.

19                         IT IS SO ORDERED

20

21 DATED: January 11, 2010

22

23
                        _____
24                      The Honorable Bernard Zimmerman
                         United States Magistrate Judge
25
                    **Counsel shall contact CourtCall, telephonic court**
26                  **appearances at 1-888-882-6878, and make arrangements**
                    **for the telephonic conference call.**
27

28

                                    2

          **STIPULATION FOR TELEPHONIC APPEARANCE; Case No. CV 09-3299 JRW**