RUSSELL G. PETTI, State Bar No. 137160
THE LAW OFFICES OF RUSSELL G. PETTI
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email: Rpetti@petti-legal.com

Attorneys for Plaintiff Brian Hagerty

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HAGERTY,<br><br>            Plaintiff,<br><br>     VS.<br><br>AMERICAN AIRLINES LONG TERM DISABILITY PLAN,<br><br>            Defendant. | CASE NO: CV 09-3299 VRW<br><br>[MATTER REFERRED TO MAGISTRATE JUDGE BERNARD ZIMMERMAN FOR REPORT AND RECOMMENDATION]<br><br>STIPULATION FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE; [PROPOSED] ORDER<br><br>Date:   January 11, 2010<br>Time:  4:00 p.m.<br>Place:  Courtroom of the Honorable Bernard Zimmerman, United States Magistrate Judge |

   Plaintiff, Brian Hagerty ("Plaintiff"), and Defendant American Airlines Long Term Disability Plan ("Defendant"), through their respective counsel of record, hereby stipulate as follows:

   1.   This Court has set a status conference for January 11, 2010 at 4:00 p.m.;

   2.   Counsel for Plaintiff has his office in Los Angeles County. Counsel for Defendant has his office in Sacramento, California;

///

1    3.    Counsel for both parties personally attended the initial status conference in
2 this matter, which was held on November 12, 2009;
3    4.    As such, counsel for both Plaintiff and Defendant respectfully request that
4 they not be required to attend a second status conference at some distance from their
5 offices, and that they be permitted to make telephonic appearances at the status
6 conference.

7 DATED: January 6, 2010                              DATED: January 6, 2010

9 Law Offices of Russell G. Petti                    Littler Mendelson
                                                     A Professional Corporation

12 BY_____/S/_____              BY_____/S/_____
        RUSSELL G. PETTI                           KENNETH R. O'BRIEN
13   ATTORNEY FOR PLAINTIFF                     ATTORNEY FOR DEFENDANT
          BRIAN HAGERTY                         AMERICAN AIRLINES LONG
14                                                 TERM DISABILITY PLAN

15                                   **ORDER**

16    BASED ON THE STIPULATION OF THE PARTIES and f~~or Good Cause~~
   reluctantly
17 ~~shown~~, it is ~~hereby~~ ORDERED that counsel for the parties may telephonically attend
18 the status conference which is set in this case for January 11, 2010 at 4:00 p.m.

                                  IT IS SO ORDERED

21 DATED: January 11, 2010

24    _____
         The Honorable Bernard Zimmerman
            United States Magistrate Judge

**Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**

                                       2

**STIPULATION FOR TELEPHONIC APPEARANCE; Case No. CV 09-3299 JRW**