KENNETH R. O'BRIEN, Bar No. 072128
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:    916.830.7200
Kobrien@littler.com

Attorneys for Defendant
AMERICAN AIRLINES LONG TERM DISABILITY PLAN FOR FLIGHT ATTENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRIAN HAGERTY,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN AIRLINES LONG TERM DISABILITY PLAN,<br><br>    Defendant. | Case No.  CV 09 3299 VRW<br><br>**AMERICAN AIRLINES, INC'S REQUEST FOR ADDITIONAL TIME UNTIL JANUARY 22, 2010 TO PROVIDE INPUT TO MAGISTRATE JUDGE ZIMMERMAN; NOTICE THAT PLAINTIFF DOES *NOT* OPPOSE REQUEST** |
|---|---|

On January 11, 2010, the Court conducted a Status Conference herein and stated its views concerning assignment of this matter to it for only limited purposes. On January 12, 2010, the Court issued its order and requested the parties to confer with their clients regarding the possibility of stipulating to the Magistrate Judge for all purposes herein and ordered the parties to advise the Court. (Dock. # 25.)

The undersigned, as counsel for American Airlines, Inc. ("American"), requests until Friday, January 22, 2010, to provide input to the Court. The undersigned has been in contact with his client representative on this topic but has been unable to receive final directions. The undersigned believes that he should be able to have final directions from American with respect to this issue not later than Friday, January 22, 2010.

The undersigned personally conferred by telephone with Plaintiff's counsel on

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

(NO. CV 09 3299 VRW)
FIRMWIDE:93710367.1 009001.1314

Defendant's Request For Additional Time To Provide Input To Magistrate Judge Zimmerman; Notice that Plaintiff Does Not Oppose Request

January 19, 2010, and asked if Plaintiff had any objection to the instant request and explained the circumstances prompting it.  Counsel for Plaintiff advised he *does not object to this request.*

      Wherefore, the undersigned respectfully requests the Court to extend the deadline by which the Parties are to report back to the Court on this matter until January 22, 2010.

January 19, 2010

    /s/ *Kenneth R. O'Brien*
KENNETH R. O'BRIEN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERICAN AIRLINES LONG TERM
DISABILITY PLAN



Dated: 1/19/2010

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

(NO.  CV 09 3299 VRW)
FIRMWIDE:93710367.1 009001.1314

2.

Defendant's Request For Additional Time To
Provide Input To Magistrate Judge Zimmerman;
Notice that Plaintiff Does Not Oppose Request