1    KENNETH R. O'BRIEN, Bar No. 072128
    LITTLER MENDELSON
2    A Professional Corporation
    2520 Venture Oaks Way, Suite 390
3    Sacramento, CA  95833.4227
    Telephone:    916.830.7200
4

5    Attorneys for Defendant
    AMERICAN AIRLINES LONG TERM
6    DISABILITY PLAN FOR FLIGHT
    ATTENDANTS

7

8                 UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10   BRIAN HAGERTY,                Case No.  CV 09 3299 BZ

11            Plaintiff,        **DEFENDANT'S REQUEST TO STRIKE**
                                **PLAINTIFF'S PAPERS IN OPPOSITION**
12       v.                      **TO DEFENDANT'S MOTION FOR**
                                **SUMMARY JUDGMENT AND**
13   AMERICAN AIRLINES LONG TERM    **ALTERNATIVE REQUEST FOR**
    DISABILITY PLAN,             **ADDITIONAL TIME TO FILE REPLY**
14                                 **PAPERS IN SUPPORT OF MOTION FOR**
             Defendant.       **SUMMARY JUDGMENT AND/OR**
15                                 **SUMMARY ADJUDICATION OF CLAIMS**

16                              Date:       August 31, 2010
                                Time:      1:30 p.m.
17                              Ctrm:      G, 15th Floor
                                Judge:     Hon. Bernard Zimmerman
18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

(NO.  CV 09 3299 BZ)
FIRMWIDE:96792081.1 009001.1314

DEF'S REQUEST TO STRIKE PLTFF'S
OPPOSITION TO MOTION FOR SUMMARY
JUDGMENT, ET AL.

1       Pursuant to the Court's Order Scheduling Court Trial and Pretrial Matters, filed on

2   February 2, 2010 (Dock. # 34), the last day for the hearing of dispositive motions was established as

3   August 25, 2010.  (Dock. # 34, p. 1.)  Defendant's Motion for Summary Judgment was filed on

4   July 21, 2010 noticing the hearing thereon for August 25, 2010.  (Dock. # 37, p. 1.)  On the same

5   day, the Clerk issued its Clerk's Notice Continuing Hearing Date of Defendant's Motion for

6   Summary Judgment to August 31, 2010, and specifically ordered in bold lettering that "the **briefing**

7   **schedule** shall **remain the same.**"[1]  Accordingly, the last date on which Plaintiff's Opposition to the

8   Motion for Summary Judgment, if any, could have been filed was August 4, 2010.  (Local Rule 7-

9   3(a).  Plaintiff failed to file any opposition on August 4, 2010.

10      Instead, Plaintiff filed his numerous and lengthy opposition papers on August 9, 2010

11  after 5:00 p.m..

12      Under the current scheduling deadlines, Defendant's Reply Papers in support of its

13  motion would have to be filed by Wednesday, August 11, 2010.  Due to Plaintiff's late filing of his

14  opposition papers, Defendant has been deprived of the full time it would otherwise have to analyze

15  Plaintiff's Opposition and reply thereto.  Accordingly, Defendant respectfully requests the Court to

16  STRIKE Plaintiff's Opposition papers in their entirety, and ALTERNATIVELY requests that the

17  Court grant Defendant additional time to file its Reply papers in support of the motion up through

18  and including August 17, 2010, which will be two weeks before the Court's hearing on said motion.

19  Dated: August 10, 2010                          Respectfully submitted,

20

21                                                  */s/ Kenneth R. O'Brien*
                                                    KENNETH R. O'BRIEN
22                                                  LITTLER MENDELSON
                                                    A Professional Corporation
23                                                  Attorneys for Defendant
                                                    AMERICAN AIRLINES LONG TERM
24                                                  DISABILITY PLAN

25

26

27

28  [1] The Court's Local Rules specifically contemplate that an order continuing a hearing date on a motion may also retain the briefing schedule already in effect.  (Local Rule 7-7(d).)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

(NO.  CV 09 3299 BZ)
FIRMWIDE:96792081.1 009001.1314

DEF'S REQUEST TO STRIKE PLTFF'S
OPPOSITION TO MOTION FOR SUMMARY
JUDGMENT, ET AL.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

1    **IT IS SO ORDERED.**

2           ~~Plaintiff's Opposition Papers to Defendant's Motion for Summary Judgment are~~

3    ~~STRICKEN as untimely filed;~~

     Plaintiff's position is not well taken.   In the interests of
4           ~~[ALTERNATIVELY]~~   justice,

5           Defendant may have up through and including August 17, 2010 to file its Reply

6    papers.

7    Dated: August .11. 2010

8    _____

9    HON. BERNARD ZIMMERMAN
     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(NO.  CV 09 3299 BZ)                          2.         DEF'S REQUEST TO STRIKE PLTFF'S
FIRMWIDE:96792081.1 009001.1314                          OPPOSITION TO MOTION FOR SUMMARY
                                                         JUDGMENT, ET AL.