RUSSELL G. PETTI, State Bar No. 137160
THE LAW OFFICES OF RUSSELL G. PETTI
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email: Rpetti@petti-legal.com

Attorneys for Plaintiff Brian Hagerty

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HAGERTY,<br><br>    Plaintiff,<br><br>VS.<br><br>AMERICAN AIRLINES LONG TERM DISABILITY PLAN,<br><br>    Defendant. | CASE NO: CV 09-3299 BZ<br><br>STIPULATION AND [PROPOSED] ORDER THAT (1) THE PARTIES BE EXCUSED FROM PRETRIAL REQUIREMENTS; (2) THE PRETRIAL CONFERENCE BE TAKEN OFF CALENDAR; AND (3) A BRIEFING SCHEDULE BE SET<br><br>**Trial Date:**<br>Date:   November 3, 2010<br>Time:   9:00 a.m.<br>Place:  Courtroom G<br><br>**Pretrial Conference:**<br>Date:   October 26, 2010<br>Time:   4:00 a.m.<br>Place:  Courtroom G |

Plaintiff, Brian Hagerty ("Plaintiff"), and Defendant American Airlines Long Term Disability Plan ("Defendant"), through their respective counsel of record, hereby stipulate as follows:

1. This Court has set a Pretrial Conference for November 3, 2010 at 4:00 p.m. Further, in its Order of February 2, 2010, the Court has tasked the parties with a number

1

**STIPULATION AND ORDER RE PRETRIAL REQUIREMENTS; Case No. CV 09-3299 BZ**

of duties to be preformed prior to the Pretrial Conference, such as filing a pretrial statement and exchanging and submitting exhibits;

    2.    The parties bring this stipulation to respectfully ask the Court to excuse them from these pretrial requirements. Instead, for the reasons shown below, the parties request the Court to set a briefing schedule, and to conduct the trial as it would a Motion for Summary Judgment;

    3.    This case results from the denial of long term disability benefits to Plaintiff under an employee benefit plan administered and funded by Defendants and therefore, is governed by the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. Section 1001, *et seq.;*

    4.    In the case of *Kearney v. Standard Ins. Co.*, 175 F. 3d 1084 (9th Cir. 1999) (en banc), the Ninth Circuit determined that a District Court's review of a fiduciary's benefits decision under ERISA should - with some exceptions - be conducted solely on the administrative record which was before the fiduciary at the time it made its decision. As the *Kearly* Court held:

> Although Rule 43(a) requires that "testimony" be taken in open court, the record should be regarded as being in the nature of exhibits, in the nature of documents, which are routinely a basis for findings of fact even though no one reads them out loud. We have affirmed bench trials on records in other cases. *See Adair v. Sunwest Bank (In re Adair)*, 965 F.2d 777, 779 (9th Cir.1992). A majority of us conclude that, in its discretion guided by *Mongeluzo* [*Mongeluzo v. Baxter Travenol Disability Benefit Plan*, 46 F.3d 938, 942 (9th Cir.1995)], the district court may try the case on the record that the administrator had before it. This is vastly less expensive to all parties, accomplishes the policies enacted as part of the statute, and also gives significance, which would otherwise largely evaporate, to the administrator's internal review procedure required by the statute.

*Kearney*, 175 F.3d at 1094 -1095 (footnote omitted);

    5.    This administrative record has already been filed. The parties do not intend to introduce any other evidence, or to present any witnesses at the trial of this matter;

    6.    The parties further agree that, given the applicable law, this matter will be tried to the Court;

///

**STIPULATION AND ORDER RE PRETRIAL REQUIREMENTS; Case No. CV 09-3299 BZ**

7. As such, the parties contemplate that the trial of this matter will consist of the following:

    a. The filing of a Memoranda of Fact and Law by each party;

    b. The filing of an Trial Brief (Opposition) by each party; and

    c. A one hour hearing before the Court for oral argument.

8. Given the above, the parties respectfully submit that they should be allowed to dispense with a pre-trial conference, jury instructions, an exhibit list and a witness list, because no jury or witnesses are contemplated, and the only exhibit at trial will be the previously filed Administrative Record;

9. Moreover, the parties request that the Pretrial Conference be taken off calendar, that they be excused from performing the pretrial requirements in this Court's February 2, 2010 Order, and that instead the Court set the following briefing schedule:

    a. The opening Memoranda of Fact and Law will be filed by each party no later than October 6, 2010; and

    b. Each party may file a Trial Brief opposing the other party's Memorandum no later than October 20, 2010;

10. The trial of this matter is expected to take up no more than 1-2 hours of this Court's time.

**It is So Stipulated**

DATED: September 21, 2010                              DATED: September 21, 2010

Law Offices of Russell G. Petti                              Littler Mendelson
                                                                                   A Professional Corporation

BY /S/ _____        BY /S/ _____
    RUSSELL G. PETTI                              KENNETH R. O'BRIEN
    ATTORNEY FOR PLAINTIFF                 ATTORNEY FOR DEFENDANT
    BRIAN HAGERTY                                 AMERICAN AIRLINES LONG
                                                                                   TERM DISABILITY PLAN

**ORDER**

BASED ON THE STIPULATION OF THE PARTIES and for Good Cause shown, the following is hereby ORDERED:

1. That the Pretrial Conference previously set for October 26, 2010 be taken off calendar;

2. That the parties be excused from the pretrial requirements of this Court's February 2, 2010 Order;

3. That the parties will file opening Memoranda of Fact and Law no later than October 6, 2010; and

4. Each party may file a Trial Brief opposing the other party's Memorandum no later than October 20, 2010.

IT IS SO ORDERED

DATED: September 21, 2010

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge

**STIPULATION AND ORDER RE PRETRIAL REQUIREMENTS; Case No. CV 09-3299 BZ**