RUSSELL G. PETTI, State Bar No. 137160
THE LAW OFFICES OF RUSSELL G. PETTI
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168Telephone
818 952-2186 Facsimile
Email:  Rpetti@petti-legal.com

Attorneys for Plaintiff Brian Hagerty

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRIAN HAGERTY, | CASE NO: CV 09-3299 BZ |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| VS. | |
| AMERICAN AIRLINES LONG TERM DISABILITY PLAN, | |
| Defendant. | |

Plaintiff, Brian Hagerty, and Defendant American Airlines Long Term Disability Plan, through their respective counsel of record, hereby stipulate that

///
///
///
///
///
///
///
///

1

**STIPULATION AND ORDER RE DISMISSAL; Case No. CV 09-3299 BZ**

this action be dismissed in its entirety with prejudice, with each party to bear their own attorneys' fees and costs.

**It is So Stipulated**

DATED: November 8, 2010

DATED: November 8, 2010

Law Offices of Russell G. Petti

Littler Mendelson
A Professional Corporation

BY /S/
RUSSELL G. PETTI
ATTORNEY FOR PLAINTIFF
BRIAN HAGERTY

BY /S/
KENNETH R. O'BRIEN
ATTORNEY FOR DEFENDANT
AMERICAN AIRLINES LONG
TERM DISABILITY PLAN

**ORDER**

BASED ON THE STIPULATION OF THE PARTIES and for Good Cause shown, the above captioned lawsuit is hereby dismissed with prejudice, with each party to bear his or its own costs and fees.

IT IS SO ORDERED

DATED: November 16, 2010

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge